[No. 26621-1-II. Division Two. November 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL RAY FORAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01424-2, Terry D. Sebring, J., entered November 2, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 26961-9-II. Division Two. November 22, 2002.]

DAVID S. DIXON, *Appellant*, v. ERA TWIN COUNTY REALTY, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-2-01572-1, David E. Foscue, J., entered December 6, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27100-1-II. Division Two. November 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP GONZALES SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00494-0, Robert L. Harris, J., entered March 12, 2001. *Affirmed but stayed* pending Supreme Court decision in *State v. Delgado*, No. 71969-1, by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.